**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**HELENA DIVISION**

**RHONDA C. TILLMAN**                                                                        **PLAINTIFF**

**VS.**                                  **CASE NO. 2:12CV00068 SWW/HDY**

**MICHAEL J. ASTRUE,**
**COMMISSIONER OF SOCIAL**
**SECURITY ADMINISTRATION**                                              **DEFENDANT**

**ORDER**

The plaintiff's motion for voluntary dismissal (docket entry no. 9), which will be without

prejudice, is granted.

IT IS SO ORDERED this 23rd day of July, 2012.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE