IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
HELENA DIVISION

RHONDA C. TILLMAN                                                              PLAINTIFF

VS.                         CASE NO. 2:12CV00068 SWW/HDY

MICHAEL J. ASTRUE,
COMMISSIONER OF SOCIAL
SECURITY ADMINISTRATION                                          DEFENDANT

### JUDGMENT

Pursuant to the Order filed in this matter this date, this case is dismissed without prejudice.

IT IS SO ORDERED this 23rd day of July, 2012.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE